Case Name: Jennifer Romeo v. City F NY, et al   Case Number: 21 CV-00671 (DG) (PK) TAM

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | 6/15/21 | | |
| 2. Rule 26(a)(1) disclosures exchanged | | | 6/30/21 |
| 3. Requested: | | | |
|    a. Medical records authorization | | | 6/23/21 |
|    b. Section 160.50 releases for arrest records | 5/16/21 | | |
|    c. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | X | |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | | TBD based on discovery demands |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 9/10/21 |
| 2. Defendant to make settlement offer | | | 9/24/21 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | X | |
| 4. Settlement Conference (proposed date) | | | 10/8/21 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | ~~~~ 8/15/21 |
| 2. Initial documents requests and interrogatories | | | ~~~~ 7/30/21 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 12/17/21 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 1/7/22 |

Rev. 11-03-20

| 5. Expert discovery (only if needed) | | | Check here if not applicable ☐ |
|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | To be determined | | |
| Defendant expert proposed field(s) of expertise: | To be determined | | |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a. Affirmative expert reports due | | | 2/18/22 |
| b. Rebuttal expert reports due | | | 3/18/22 |
| c. Depositions of experts to be completed | | | 4/22/22 |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | 4/22/22 |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 4/29/22 |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 5/27/22 |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 5/27/22 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
|---|---|
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| 1. Motion for collective action certification in FLSA cases | | | |
|---|---|---|---|
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

SO ORDERED:

_____          _____
**PEGGY KUO**                            Date
United States Magistrate Judge

Rev. 11-03-20