# Garnett H. Sullivan Attorney at Law

1080 Grand Avenue, Suite 200, South Hempstead, N.Y. 11550 | (516) 285-1575

September 18, 2024

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

            *Re: Jennifer Romero v. Ryan Courten, et al.*
                *1:21-cv-00671-DG-TAM*

Dear Judge Merkl:

 I represent the plaintiff in the above-referenced action. I submit this correspondence in response to the order of Judge Gujarati dated July 30, 2024 directing a settlement conference.

 I am unable to contact the attorney of record, Assistant Corporation Counsel Seema Kassab. Her email response indicate that she is on maternity leave until January 2025. I am unable to ascertain whether any substitute counsel has been assigned and no substitute counsel has filed a notice of appearance.

 I therefore seek guidance from the court on how to proceed in accordance with the order of Judge Gujarati.

            Yours Respectfully,
            GARNETT H. SULLIVAN, ESQ.
            Attorney for Plaintiff

cc. Corporate Counsel City of New York
Attorney for defendant

Garnettsullivan@yahoo.com | Facsimile (516) 285-1608